**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

TROY M. WILLIAMS,                  :
                                                              Civil Action No. 09-1744 (NLH)
        Petitioner,      :

           v.                :      **ORDER**

UNITED STATES OF AMERICA,          :

        Respondent.      :      **CLOSED**


    For the reasons set forth in the Opinion filed herewith, IT IS on this __6th__ day of _____July_____, 2009,

    ORDERED that Petitioner's application [3] for leave to proceed <u>in forma pauperis</u> is GRANTED; and it is further

    ORDERED that the Petition is DISMISSED WITHOUT PREJUDICE, for lack of jurisdiction; and it is further

    ORDERED that the Clerk of the Court shall close the Court's file in this matter.


At Camden, New Jersey              /s/ NOEL L. HILLMAN
                                              Noel L. Hillman
                                              United States District Judge